UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL VAZQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-11264-MRA-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff[1] David Nathaniel Vazquez's ("Plaintiff") Notice of Removal, the relevant records on file, and the R&R of the United States Magistrate Judge.  No objections have been

---

[1] The Court observes that this case was docketed as a habeas corpus case and, therefore, the parties were labeled as Petitioner and Respondent on the docket.  As discussed in the Report and Recommendation ("R&R"), however, the United States Magistrate Judge who issued the R&R construed Plaintiff's discussion of his Constitutional claims as a possible attempt to bring a civil rights action under 42 U.S.C. § 1983 ("§ 1983").  As such, the R&R refers to Mr. Vazquez as Plaintiff, as is appropriate in a civil rights case brought under § 1983, rather than as Petitioner, which would have been appropriate if this was a habeas corpus case.  The Court agrees with the Magistrate Judge's interpretation of this case as being appropriately construed as a civil rights case brought under § 1983, rather than a habeas corpus case and, thus, also refers to Mr. Vazquez as Plaintiff, rather than Petitioner.  Further, because this is not a habeas corpus case, the Court need not address whether a certificate of appealability is necessary.

1 | filed. The Court accepts the findings and recommendation of the Magistrate
2 | Judge.
3 |     IT IS THEREFORE ORDERED that Judgment be entered **DISMISSING**
4 | this action without prejudice.

Dated: May 1, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
United States District Judge