JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID NATHANIEL VAZQUEZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　　　Defendant. | Case No. 2:24-cv-11264-MRA-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is **DISMISSED** without prejudice.

Dated: May 1, 2025

_____
HON. MÓNICA RAMÍREZ ALMADANI
United States District Judge